1 | WAYNE R. GROSS, State Bar No. 138828
  | *WGross@GGTrialLaw.com*
2 | MICHAEL I. KATZ, State Bar No. 181728
  | *MKatz@GGTrialLaw.com*
3 | GREENBERG GROSS LLP
  | 601 S. Figueroa St., 30th Floor
4 | Los Angeles, California 90017
  | Telephone: (213) 334-7000
5 | Facsimile: (213) 334-7001

6 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| INVESTEL CAPITAL CORPORATION, | Case No. 2:17-cv-00872 |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| SNAP INC., | |
| Defendant. | |

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Investel Capital |
| 2 | Corporation states that it is a corporation registered in the British Virgin Islands and |
| 3 | carries on business in Canada and the United States.  Plaintiff Investel Capital |
| 4 | Corporation has no parent corporation and its owner is a family trust, Fiducie |
| 5 | Residence JAAM. |

DATED:  February 2, 2017          GREENBERG GROSS LLP


By:      /s/ Michael I. Katz
    Wayne R. Gross
    Michael I. Katz
    Attorneys for Plaintiff
    Investel Capital Corporation

CORPORATE DISCLOSURE STATEMENT