ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
WAYNE R. GROSS | SBN: 138828
GREENBERG GROSS LLP
601 S. FIGUEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017
TELEPHONE NO.: (213) 334-7000 | FAX NO. (213) 334-7001 | E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: : PLAINTIFF

FOR COURT USE ONLY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 255 E. TEMPLE STREET.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

PLAINTIFF/PETITIONER: INVESTEL CAPITAL CORPORATION
DEFENDANT/RESPONDENT: SNAP INC.

CASE NUMBER: 2:17-CV-00872-FFM

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: 31160670M1T

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

a. [X] Summons
b. [X] Complaint
c. [ ] Alternative Dispute Resolution (ADR) package
d. [ ] Civil Case Cover Sheet
e. [ ] Cross-complaint
f. [X] other *(specify documents)*: **IMPORTANT REMINDER NOTICE; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; NOTICE OF FILING FORM AO 120; NOTICE TO COUNSEL**

3. a. Party served *(specify name of party as shown on documents served)*:
**SNAP INC.**

b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
**CSC LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE OF PROCESS - BY LEAVING DOCUMENTS WITH BECKY DEGEORGE, PROCESS SPECIALIST, AUTHORIZED TO ACCEPT SERVICE**

4. Address where the party was served: **2710 GATEWAY OAKS DR., SUITE 150N SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*

a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/08/2017** (2) at *(time)*: **02:52 pm**

b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

*(1)* [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

(4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** [ ] a declaration of mailing is attached.

(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: INVESTEL CAPITAL CORPORATION<br>RESPONDENT: SNAP INC. | CASE NUMBER:<br>2:17-CV-00872-FFM |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **SNAP INC.**
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
a. Name: **ROBERT RUBIO C/O ASAP Legal, LLC**
b. Address: **404 West 4th St., Suite B Santa Ana, CA 92701**
c. Telephone number: **(714) 543-5100**
d. **The fee** for service was: **$ 166.00**
e. I am:

ASAP LS
ATTORNEY SERVICES LLC

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ **owner** ☐ **employee** ☒ **independent contractor.**
(ii) Registration No.: **2010-28**
(iii) County: **SACRAMENTO**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **03/08/2017**

**ASAP Legal, LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**www.legalsolutionasap.com**

**ROBERT RUBIO**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)