Wayne R. Gross, State Bar No. 138828
*wgross@ggtriallaw.com*
Michael I. Katz, State Bar No. 181728
*mkatz@ggtriallaw.com*
David M. Stein, State Bar No. 198256
*dstein@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Phone: 949.383.2800
Fax: 949.383.2801

Attorneys for Plaintiff Investel Capital Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVESTEL CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC.,<br><br>Defendant. | Case No. 2:17-cv-00872<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Action filed: February 2, 2017 |

Please take notice that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Investel Capital Corporation voluntarily dismisses this case without prejudice. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action voluntarily upon notice without leave of court, where a defendant has not yet answered or filed a motion for summary judgment. Defendant Snap Inc. has not served an answer or motion for summary judgment. Accordingly, this matter may be dismissed without prejudice without an Order of the Court.

DATED: March 29, 2017

Respectfully submitted,

GREENBERG GROSS LLP

By: /s/ Wayne R. Gross
Wayne R. Gross

Attorneys for Plainitff Investal Capital Corporation

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On March 29, 2017, I served true copies of the following document(s) described as **PLAINTIFF INVESTEL CAPITAL CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on the interested parties in this action as follows:

| | |
|---|---|
| Reuben Chen<br>rchen@cooley.com<br>Heidi Keefe<br>hkeefe@cooley.com<br>Mark Weinstein<br>mweinstein@cooley.com<br>Lam Nguyen<br>lnguyen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130 | Attorneys for Defendant<br>Snap Inc.<br><br>Served by U.S. Mail & Email |
| Erik Milch<br>emilch@cooley.com<br>COOLEY LLP<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston. VA 20190-5656 | Served by U.S. Mail & Email |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Greenberg Gross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address LMontoya@GGTrialLaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2017, at Costa Mesa, California.

/s/ Lizbeth Montoya
Lizbeth Montoya